# EXHIBIT 2

**Caribbean Glaze Corporation**   Dividends   alchavo.com

**VENDOR**   John Mattew Cook   Check Date: 5/24/2014   Check No. 7499

| INVOICE DATE | INVOICE NUMBER | AMOUNT DUE | DISC. TAKEN | WITHHOLDING | NET AMOUNT DUE |
|---|---|---|---|---|---|
| 5/24/2014 | Div2014-PS | 1113000.00 | 0.00 | 111300.00 | 1001700.00 |
| | TOTAL | $1,113,000.00 | $0.00 | $111,300.00 | $1,001,700.00 |

**BANK ACCOUNT:** FIRST

---

**Caribbean Glaze Corporation**   Dividends   alchavo.com

**VENDOR**   John Mattew Cook   Check Date 5/24/2014   Check No 7499

| INVOICE DATE | INVOICE NUMBER | AMOUNT DUE | DISC. TAKEN | WITHHOLDING | NET AMOUNT DUE |
|---|---|---|---|---|---|
| 5/24/2014 | Div2014-PS | 1113000.00 | 0.00 | 111300.00 | 1001700.00 |
| | TOTAL | $1,113,000.00 | $0.00 | $111,300.00 | $1,001,700.00 |

**BANK ACCOUNT:** FIRST

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**Caribbean Glaze Corporation**   Firstbank   7499
PO BOX 366939
San Juan, PR 00936-6939

101-7147
2215

| MEMO/ACCOUNT # | DATE | CHECK NO | CHECK AMOUNT |
|---|---|---|---|
| Dividends | 5/24/2014 | 7499 | $1,001,700.00 |

**ONE MILLION ONE THOUSAND SEVEN HUNDRED AND 0/100 DOLLARS**

PAY TO THE ORDER OF

John Mattew Cook
P.O. Box 366939
San Juan, PR 00936

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

⑈007499⑈   ⑆221571473⑆   250920030⑈

| | | | | | |
|---|---|---|---|---|---|
| **Caribbean Glaze Corporation** | | | Dividends | | alchavo.com |
| VENDOR | Ellysmar Gomez Luzardo | | Check Date: 5/24/2014 | Check No. 7497 | |
| INVOICE DATE | INVOICE NUMBER | AMOUNT DUE | DISC. TAKEN | WITHHOLDING | NET AMOUNT DUE |
| 5/24/2014 | Div2014-PS | 1113000.00 | 0.00 | 111300.00 | 1001700.00 |
| | TOTAL | $1,113,000.00 | $0.00 | $111,300.00 | $1,001,700.00 |

BANK ACCOUNT: FIRST

| | | | | | |
|---|---|---|---|---|---|
| **Caribbean Glaze Corporation** | | | Dividends | | alchavo.com |
| VENDOR | Ellysmar Gomez Luzardo | | Check Date 5/24/2014 | Check No 7497 | |
| INVOICE DATE | INVOICE NUMBER | AMOUNT DUE | DISC. TAKEN | WITHHOLDING | NET AMOUNT DUE |
| 5/24/2014 | Div2014-PS | 1113000.00 | 0.00 | 111300.00 | 1001700.00 |
| | TOTAL | $1,113,000.00 | $0.00 | $111,300.00 | $1,001,700.00 |

BANK ACCOUNT: FIRST

---

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**Caribbean Glaze Corporation**
PO BOX 366939
San Juan, PR 00936-6939

Firstbank

7497

101-7147
2215

| MEMO/ACCOUNT # | DATE | CHECK NO | CHECK AMOUNT |
|---|---|---|---|
| Dividends | 5/24/2014 | 7497 | $1,001,700.00 |

ONE MILLION ONE THOUSAND SEVEN HUNDRED AND 0/100 DOLLARS

PAY TO THE ORDER OF

Ellysmar Gomez Luzardo
P.O.Box 10252
San Juan, PR 00908

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK—HOLD AT AN ANGLE TO VIEW

⑈007497⑈  ⑆221571473⑆  250920030⑈