IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOHN MATTHEW COOK, ELLYSMAR GÓMEZ LUZARDO,<br><br>Plaintiffs,<br><br>v.<br><br>F. GERARDO LARREA OLOZAGA, et al,<br><br>Defendants.<br><br>CARIBBEAN GLAZE CORPORATION, Interpleader Plaintiff,<br><br>v.<br><br>F. GERARDO LARREA OLOZAGA, JUAN A. LARREA FRENCH, JOHN MATTHEW COOK, ELLYSMAR GOMEZ LUZARDO, GLAZE ON INVESTMENT, INC., LUIS ARENAS, ALEJANDRO D. CERDA, IVELISSE BORRERO DE CORDOVÉS, ARTURO FERNÁNDEZ, FELIPE FLORES ROLÓN, FRANCISCO GERARDO LARREA FRENCH, MARÍA LARREA FRENCH, GILBERTO MARXUACH, JACOBO ORTIZ MURIAS, ANICETO SOLARES RIVERO Y FERNANDO L. TORO,<br><br>Interpleaded-Defendants. | Civil No.: 2014-01544 (CCC)<br><br>RE: SECURITIES FRAUD; SHAREHOLDERS DIRECT and DERIVATIVE ACTION FOR BREACH OF FIDUCIARY DUTIES, CONFLICT OF INTEREST and ULTRA VIRES ACTS; DECLARATORY JUDGMENT; DAMAGES<br><br><br><br>RE: **INTERPLEADER**<br>(Federal Interpleader Statute, 28 U.S.C. §1335)<br><br>**DECLARATORY RELIEF**<br>(Declaratory Judgment Act, 28 U.S.C. §§2201-2202 and Rule 57)<br><br>**INJUNCTION**<br>(28 U.S.C. § 2361) |

**ORDER**

On October 5, 2014, Plaintiff Caribbean Glaze Corporation filed a civil action of interpleader pursuant to the Federal Interpleader Statute, 28 U.S.C. §1335 (Docket

1

entry 30), and requested the Court to issue a preliminary injunction pursuant to 28 U.S.C. §2361. On October 17, 2014, Plaintiff filed *Urgent Motion To Request Injunction Order Pursuant to Federal Interpleader Statute, 28 U.S.C. §2361* **(**Docket   ). Plaintiff CGC seeks injunctive relief because CGC and/or GOI capital stock and the $848,000.00 declared but undistributed dividend are claimed and disputed by various claimants in numerous judicial proceedings and urgently requested the Honorable Court to issue an injunction order to state that:

**(a) Each defendant to be restrained from commencing or prosecuting any action in any State or United States Court against CGC related to title to CGC and/or GOI shares and capital stock and the $848,000.00 dividend.**

**Plaintiff's Motion is GRANTED and all parties are hereby restrained from commencing or prosecuting any action in any State or United States Court against Caribbean Glaze Corporation related to the title of CGC and or GOI shares and capital stock or the $848,000.00 dividend.**

**S/Hon. Judge Carmen Cerezo**