Exhibit 6

PASTE CANCELLED CERTIFICATE IN THIS SPACE

CANCELLATION OF STAMPS:
In ink, mark stamps with initials, day, month and year; make 3 parallel incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of its denomination and genuineness.

CERTIFICATE No. ___1___ FOR ___67,500___ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

_Juan A. Larrea_

DATED _October 7, 2004_

RECEIVED CERTIFICATE No. _____ FOR_____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS_____ DAY OF_____

Transfer From Original Issue

FROM WHOM TRANSFERRED:

_Original Issue_

DATED _____

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|
| | | |

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATES |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

PASTE CANCELLED CERTIFICATE IN THIS SPACE

**CANCELLATION OF STAMPS:**
In ink, mark stamps with initials, day, month and year; make 3 parallel incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of its denomination and genuineness.

CERTIFICATE No. **2** FOR **87,500** SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

F. Gerardo Larrea

DATED October 7, 2004

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

| Transfer From Original Issue | |
| --- | --- |

FROM WHOM TRANSFERRED:

Original Issue

DATED _____

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
| --- | --- | --- |
| | | |

Transfer Details For Surrendered Certificate

| NEW CERTIFICATES ISSUED TO: | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATES |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |

PASTE CANCELLED CERTIFICATE IN THIS SPACE

**CANCELLATION OF STAMPS:**
In ink, mark stamps with initials, day, month and year; make 3 parallel incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of its denomination and genuineness.

CERTIFICATE No. _____**3**_____ FOR _____*87,500*_____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

*Ellysan Gong*

DATED _____*October 7, 2004*_____

RECEIVED CERTIFICATE No. _____ FOR_____SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS_____DAY OF_____

Transfer From Original Issue

FROM WHOM TRANSFERRED:
*Original Issue*

DATED _____

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|
|  |  |  |

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATES |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

PASTE CANCELLED CERTIFICATE IN THIS SPACE

**CANCELLATION OF STAMPS:**
In ink, mark stamps with initials, day, month and year; make 3 parallel incisions lengthwise thru stamp at time of affixing. Stamp shall not be so defaced as to prevent ready determination of its denomination and genuineness.

CERTIFICATE No. **4** FOR **87,500** SHARES (or units, membership interests, partnership interests, etc., as appropriate)

ISSUED TO

*John M. Cook*

DATED *October 7, 2004*

RECEIVED CERTIFICATE No. _____ FOR _____ SHARES (or units, membership interests, partnership interests, etc., as appropriate)

THIS _____ DAY OF _____

Transfer From Original Issue

FROM WHOM TRANSFERRED:

*Original Issue*

DATED _____

| ORIGINAL CERTIFICATE NUMBER | ORIGINAL NUMBER | NUMBER TRANSFERRED |
|---|---|---|
|  |  |  |

Transfer Details For Surrendered Certificate

NEW CERTIFICATES ISSUED TO:

| | NUMBER TRANSFERRED | NUMBER OF NEW CERTIFICATES |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |