# Exhibit 20



Ellysmar Gomez <egomez@krispykremepr.com>

## Re: Glaze On shareholders' agreement

**Tony Larrea** <TONYLARREA@krispykremepr.com>  Mon, Nov 22, 2004 at 12:36 PM
To: Scs@mcvpr.com
Cc: John Cook <jcook@krispykremepr.com>, Ellysmar Gomez <egomez@churchspr.com>

Saludos Sammy,

Gracias por tu ayuda.

Si es posible, nos gustaria tener una primera version del contrato para el 30 de noviembre. Puedes usar el contrato de Pollo como punto de partida, sin embargo ese es un documento sencillo que hay que adaptar al "SH Agreement" de Caribbean Glaze. En otras palabras, la idea no es complicar el contrato de Glaze On, pero si debe reflejar las restricciones y obligaciones de Glaze On para con Caribbean Glaze. La lista de accionistas te la envio el mismo 30 de noviembre. Avisanos si tienes cualquier duda.

Gracias.

------------------------
Sent from my BlackBerry Wireless Handheld