Exhibit 34



Licensed Franchisee

10 de junio de 2011

Sr. John Cook
Presidente y CEO
Caribbean Glaze Corp.
PO Box 366939
San Juan PR 00936-6939

Estimado John:

Tengo ante mí tu carta con fecha del 12 de febrero de 2011. Estamos en total desacuerdo con lo que planteas en la misma.

Antes que nada, queremos que quede claro que bajo ningún concepto nuestra intención ha sido ni es el hacer una campaña de descrédito a tu persona o el fabricar un caso frívolo contra la gerencia de CGC. Tampoco es nuestra intención el menospreciar los resultados financieros de la empresa.

Por el contrario, lo que hemos tratado infructuosamente es que tú y Ellysmar entiendan que Don Gerardo y yo únicamente deseamos que CGC reestablezca los controles internos mínimos que la empresa tuvo y requiere, de forma tal que haya una participación efectiva de los cuatro directores y accionistas de la compañía en los asuntos de envergadura del negocio. Nuestra intención no es ejercer "mayor control" del manejo del día a día de las operaciones de CGC, como tú indicas. Sólo exigimos que no nos tengan ajenos al negocio y nos traten como accionistas pasivos.

En tu carta estableces, en esencia, que a tu entender tienes total discreción para decidir unilateralmente en tu rol de Presidente y CEO de CGC que asuntos y decisiones compartes con nosotros. O sea, convenientemente solo tú defines el ámbito de tus facultades, presumiblemente con el aval de Ellysmar. Señalas cínicamente que si no nos gusta esta situación, que lo traigamos a la atención de la Junta: una clara acción fútil al tú y Ellysmar poder crear un impase en la Junta y así impedir que esta situación se altere. Demás está decir que nunca hemos estado ni estamos de acuerdo con tu entendimiento.

El resultado claro de todo esto es que tú y Ellysmar con solo 50% de las acciones continúan manteniéndonos a Don Gerardo y a mí ajenos al negocio, del cual también somos accionistas en 50%.

**Caribbean Glaze Corporation**
Royal Industrial Park, Bldg. K, Road 869, Bo. Palmas, Cataño, PR 00962 • PO Box 366939, San Juan PR 00936-6939
Phone (787) 275-8990, Fax (787) 275-8833



Licensed Franchisee

Sr. John Cook
10 de junio de 2011
Página 2

Esta falta de participación es lo que hace aún más imperativo el que se establezcan mecanismos mínimos de control interno. Por ejemplo, tú indicas que la firma de un CAR es un "housekeeping exercise". Muy bien lo puede ser cuando todos los firmantes del CAR han participado en la toma de decisiones documentada por el mismo, como fue el caso con los CARs de Caguas, Guaynabo y Dorado. Diferente es el caso, sin embargo, cuando esa participación no se ha dado y es precisamente la firma del CAR, el mecanismo de control interno mediante el cual algunos de los firmantes del CAR pueden participar del proceso decisional.

En tu rol de Presidente y CEO de CGC tienes el deber y la obligación de establecer controles internos que nos brinden participación efectiva a Don Gerardo y a mí. El afán tuyo y de Ellysmar de mantenernos ajenos al negocio no puede justificar que CGC carezca de dichos controles. La situación actual que resulta, por ejemplo, en que tú le apruebas los informes de gastos a Ellysmar y ella a su vez aprueba los tuyos no puede continuar. La supuesta espera por el "comprehensive corporate governance policy" no excusa tu omisión.

Los exhorto a ambos a que recapaciten al respecto.

Atentamente,

Juan A. Larrea
Presidente de la Junta de Directores

C:  Ellysmar Gómez
    F. Gerardo Larrea

**Caribbean Glaze Corporation**
Royal Industrial Park, Bldg. K, Road 869, Bo. Palmas, Cataño, PR 00962 • PO Box 366939, San Juan PR 00936-6939
Phone (787) 275-8990, Fax (787) 275-8833