IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOHN MATTHEW COOK and ELLYSMAR GÓMEZ LUZARDO, <br><br> Plaintiffs, <br><br> v. <br><br> F. GERARDO LARREA-OLOZAGA, JUAN A. LARREA-FRENCH, CARIBBEAN GLAZE CORPORATION, GLAZE ON INVESTMENT, INC., LUIS ARENAS, ALEJANDRO D. CERDA, IVELISSE BORRERO DE CORDOVÉS, ARTURO FERNÁNDEZ, FELIPE FLORES-ROLÓN, FRANCISCO GERARDO LARREA-FRENCH, MARÍA LARREA-FRENCH, GILBERTO MARXUACH, JACOBO ORTIZ-MURIAS, ANICETO SOLARES-RIVERO and FERNANDO L. TORO, <br><br> Defendants. | Civil No.: 14-1544 (CCC) <br><br> RE: purported federal securities fraud, breach of fiduciary duties, declaratory judgment, derivative and direct action |

## STATEMENT NOTING A PARTY'S DEATH

**TO THE HONORABLE COURT:**

In accordance with Rule 25(a) of the Federal Rules of Civil Procedure, co-defendants Alejandro D. Cerda, Ivelisse Borrero de Cordovés, Arturo Fernández, Felipe Flores, Francisco Gerardo Larrea-French, Maria Larrea-French, Gilberto Marxuach, Jacobo Ortiz-Murias, Aniceto Solares-Rivero, and Fernando L. Toro, who are parties to this action, through their undersigned counsel, note the death during the pendency of this action of Luis Arenas, co-defendant in this action.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 6th day of April, 2015.

**s/MANUEL FERNÁNDEZ-BARED**
MANUEL FERNÁNDEZ-BARED
USDC-PR No. 204,204
E-mail: mfb@tcmrslaw.com

**s/LINETTE FIGUEROA-TORRES**
LINETTE FIGUEROA-TORRES
USDC-PR No. 227,104
E-mail: lft@tcmrslaw.com

**TORO, COLÓN, MULLET, RIVERA & SIFRE, P.S.C.**
P.O. Box 195383
San Juan, PR 00919-5383
Tel.: (787) 751-8999
Fax: (787) 763-7760

*Attorneys for the Minority Shareholders*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this same day, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

**s/LINETTE FIGUEROA-TORRES**
LINETTE FIGUEROA-TORRES
USDC-PR No. 227,104
E-mail: lft@tcmrslaw.com